**Opinion issued March 24, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01072-CV

———————————

## IN RE PRAVEEN VENKATESWARA PINNAMANENI, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Praveen Venkateswara Pinnamaneni, filed a petition for writ of habeas corpus contending that he had been unlawfully confined by the trial court in the underlying divorce proceedings between relator and real party in interest, Reva Verma.[1] On December 19, 2025, the trial court signed an order finding relator guilty

---

[1] The underlying case is *In the Matter of the Marriage of Praveen Venkateswara Pinnamaneni and Reva Verma*, Cause No. 2024-58816, in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding.

of six separate acts of contempt based on his failure to pay spousal support as required by the trial court's November 18, 2024 Agreed Temporary Orders. In his petition for writ of habeas corpus, relator argued that his confinement was unlawful because the trial court's December 19, 2025 order was void. Relator therefore requested that this Court issue a writ of habeas corpus.

In connection with his petition for writ of habeas corpus, relator also sought immediately temporary relief, requesting that he be "released on reasonable bond" pending this Court's review of his petition for writ of habeas corpus. On December 22, 2025, the Court granted relator's request for temporary relief, ordering that he be discharged from custody of the Harris County Sheriff's Office on a bond in the amount of $500.00. The Court further requested a response to relator's petition for writ of habeas corpus, but no party filed a response.

We conclude that relator has failed to establish that he is entitled to the relief requested and therefore deny relator's petition for writ of habeas corpus. We further lift our December 22, 2025 order and dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.